UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN EZELL, | ) | No. CV 10-08673-GAF (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| OHIO BUREAU OF MOTOR VEHICLES, | ) | COMPLAINT |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED: December 27, 2010

GARY A. FEESS
UNITED STATES DISTRICT JUDGE