UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN EZELL, | ) | No. CV 10-08673-GAF (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| OHIO BUREAU OF MOTOR VEHICLES, | ) | |
| Defendant. | ) | |

   Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

   **IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: December 27, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE